IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-02054-PSF-CBS

TOMMY P. HUI, an individual, and
YUET LAI TONG, an individual,

      Plaintiffs,

v.

SOURCE MEDICAL SOLUTIONS, a Delaware corporation, and
HEALTHSOUTH CORPORATION, a Delaware corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the parties' Stipulated Motion to Stay Discovery and Setting Fourth Amended Scheduling Order (filed July 8, 2005; *doc. no. 50*) is **GRANTED**. All discovery is stayed in this action until October 31, 2005 and the July 19, 2005, status conference is **VACATED**. It is further

      **ORDERED** that parties are to submit a status report detailing the status of completing the settlement, either individually or jointly, every thirty (30) days, the first of which is due on or before **August 11, 2005**.

      The court will address all remaining discovery issues/matters, in the event the settlement is not finalized, as needed.

**DATED:**    July 13, 2005