IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02054-PSF-CBS

TOMMY P. HUI, an individual, and
YUET LAI TONG, an individual,

      Plaintiffs,

v.

SOURCE MEDICAL SOLUTIONS, INC., a Delaware Corporation; and
HEALTHSOUTH CORPORATION, a Delaware Corporation,

      Defendants.

---

**ORDER GRANTING MOTION TO RESUME DISCOVERY
AND AMENDING SCHEDULING ORDER**

---

THIS MATTER comes before the Court on Plaintiffs' Motion to Resume Discovery and to Amend Scheduling Order filed on November 14, 2005 [doc. no. 58] (the "Motion").  The Court, after reviewing the Motion and pertinent portions of the Court's file, finds that Plaintiffs have exhibited good cause for the requested amendment and therefore **GRANTS** the motion.

THEREFORE, the Court enters its Fourth Amended Scheduling Order as follows:

| Event | Fourth Amended Deadline |
|---|---|
| Completion of the Depositions of Ken Livesay and Bill Owen | To be completed by January 31, 2006 |
| Completion of the deposition of Richard Scrushy. | To be completed by January 31, 2006 |
|  |  |

| Event | Fourth Amended Deadline |
|---|---|
| Designation of Experts | 45 days after completion of the depositions of Messrs. Livesay, Owen or Scrushy, whichever is completed last. |
| Designation of Rebuttal Experts | 75 days after completion of the depositions of Messrs. Livesay, Owen or Scrushy, whichever is completed last. |
| Completion of Expert Discovery | 100 days after completion of the depositions of Messrs. Livesay, Owen or Scrushy, whichever is completed last. |
| Dispositive Motion Deadline | 120 days after completion of the depositions of Messrs. Livesay, Owen or Scrushy, whichever is completed last. |

This scheduling order, as amended, may be altered or amended only upon a showing of good cause.

DATED this 18th day of November 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

2