IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02054-PSF-CBS

TOMMY P. HUI, an individual, and
YUET LAI TONG, and individual,

    Plaintiffs,

v.

SOURCE MEDICAL SOLUTIONS, INC., a Delaware Corporation, and
HEALTHSOUTH CORPORATION, a Delaware Corporation,

    Defendants.

## ORDER ON HEARING

THIS MATTER is before the Court on plaintiff's Notice of Conditional Settlement and Stipulated Motion to Stay Case (Dkt. # 63), filed December 21, 2005.  Attorneys for the parties were informed by telephone call from chambers of a hearing set for Thursday, December 29, 2005 at 11:30 a.m.  Defendants subsequently filed a Stipulated Motion to Stay Case due to Conditional Settlement on December 27, 2005 (Dkt. # 64).

This Order confirms the hearing set for December 29, 2005.  Additionally, the Stipulated Motion to Stay Case (Dkt. # 64) is DENIED as to the upcoming hearing.

DATED: December 28, 2005

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge