**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-02054-PSF-CBS

TOMMY P. HUI, an individual; and
YUET LAI TONG, an individual,

      Plaintiffs,

v.

SOURCE MEDICAL SOLUTIONS, INC., a
Delaware Corporation; and
HEALTHSOUTH CORPORATION,
a Delaware Corporation,

      Defendants.

**FIFTH AMENDED SCHEDULING ORDER**

THIS MATTER comes before the Court on the parties' stipulated motion to amend the Fourth Amended Scheduling Order (filed January 3, 2006; *doc. no. 67-1*). The Court, after reviewing the motion and pertinent portions of the Court's file, and being fully advised in the premises, finds that the parties, by their stipulated motion, have exhibited good cause for the requested amendment and, therefore,

ORDERS that said Motion is **GRANTED**.  Accordingly, this Court hereby amends its Fourth Amended Scheduling Order only as to the following dates:

| Event | Fifth Amended Deadline |
|---|---|
| Completion of the Depositions of Messrs. Livesay, Owen and Scrushy | **April 28, 2006** |
| Designation of Experts | **June 12, 2006** |
| Designation of Rebuttal Experts | **July 12, 2006** |
| Completion of Expert Discovery | **August 4, 2006** |
| Dispositive Motion Deadline | **August 25, 2006** |

This scheduling order, as amended, may be altered or amended only upon a showing of good cause.

DATED at Denver, Colorado, this 6th day of January, 2006.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge