IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-02054-PSF-CBS

TOMMY P. HUI, an individual, and
YUET LAI TONG, and individual,

    Plaintiffs,

v.

SOURCE MEDICAL SOLUTIONS, INC., a Delaware Corporation, and
HEALTHSOUTH CORPORATION, a Delaware Corporation,

    Defendants.

## ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE

This matter comes before the Court on the Stipulated Motion to Dismiss Complaint and Counterclaim With Prejudice (Dkt. # 71).  Having reviewed the motion and being fully advised in the premises, this Court GRANTS the motion and ORDERS that the Complaint and Counterclaim are DISMISSED with prejudice, each party to bear his or its own attorneys' fees and costs of suit.

DATED: March 30, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*

                Phillip S. Figa
                United States District Judge